1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2
   MARK KROTIOSKI (CSBN 138549)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, CA 94102
      Telephone: 415.436.6857
7     Facsimile:   415.436.6748
      Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,          )
                                      )         C 05-4068 BZ
                   Plaintiff,         )
14                                    )
             v.                       )     STIPULATION AND ORDER
15                                    )     RESCHEDULING THE CASE
   $79,000  IN UNITED STATES          )   MANAGEMENT CONFERENCE TO
16 CURRENCY,                          )        SEPTEMBER 25, 2006
                   Defendant.         )
17 _____    )
                                      )
18 CONRAD GOEHAUSEN,                  )
                                      )
19                 Claimant.          )
                                      )
20 _____    )
                                      )
   UNITED STATES OF AMERICA,          )         C 05-4359 BZ
21                                    )
                   Plaintiff,         )
22                                    )     STIPULATION AND ORDER
             v.                       )     RESCHEDULING THE CASE
23                                    )   MANAGEMENT CONFERENCE TO
                                      )        SEPTEMBER 25, 2006
24 REAL PROPERTY LOCATED AT           )
   6 REDWOOD DRIVE, SAN RAFAEL,       )
25 CALIFORNIA (APN 12-201-21); ET AL.,)
                                      )
26                 Defendant.         )
                                      )
27 _____    )
   CONRAD GOEHAUSEN AND VICTORIA)
28 BENDIX GOEHAUSEN,                  )
                                      )
                   Claimants.         )
   _____    )

1    The parties agree, subject to the Court's approval, that the case management conference

2   currently scheduled for Monday, August 28, 2006, at 4:00 p.m., be rescheduled for September

3   25, 2006, at 4:00 p.m.  There are a number of reasons for the requested rescheduling.  Counsel

4   for claimants, Gabriel Caswell, will be filing an appearance shortly and Anna Liang is not

5   available on August 28.  Additional time is necessary so that government counsel and Mr.

6   Caswell can collaborate on a joint case management statement.

7

8   IT IS SO STIPULATED:                           KEVIN V. RYAN
                                                    United States Attorney
9

10  Dated: August 24, 2006                          ___/s/_____
                                                    PATRICIA J. KENNEY
11                                                  Assistant United States Attorney
                                                    Attorneys for the United States of America
12

13
    Dated:  August 24, 2006                         ___/s/_____
14                                                  ANNA LIANG
                                                    Attorney for Claimants Conrad Goehausen
15                                                  and Victoria Bendix Goehausen

16

17  IT IS SO ORDERED ON THIS 25  DAY OF AUGUST, 2006.

18

19                                                  _____
                                                    HONORABLE BERNARD ZIMMERMAN
20

21

22

23

24

25

26

27

28
    Stipulation and Order changing CMC
    No. C 05-4068 BZ
    No. C 05-4359 BZ                    2