KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857
Facsimile: 415.436.6748
Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> $79,000 IN UNITED STATES CURRENCY, <br> Defendant. <br> ___ <br> CONRAD GOEHAUSEN, <br> Claimant. | C 05-4068 BZ <br><br> STIPULATION AND ORDER RESCHEDULING THE CASE MANAGEMENT CONFERENCE TO OCTOBER 30, 2006 |
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> REAL PROPERTY LOCATED AT 6 REDWOOD DRIVE, SAN RAFAEL, CALIFORNIA (APN 12-201-21); ET AL., <br> Defendant. <br> ___ <br> CONRAD GOEHAUSEN AND VICTORIA BENDIX GOEHAUSEN, <br> Claimants. | C 05-4359 BZ <br><br> STIPULATION AND ORDER RESCHEDULING THE CASE MANAGEMENT CONFERENCE TO OCTOBER 30, 2006 |

The parties agree, subject to the Court's approval, that the case management conference currently scheduled for Monday, September 25, 2006, at 4:00 p.m., be rescheduled for October 30, 2006, at 4:00 p.m. The Court previously granted one prior request for rescheduling. The undersigned government counsel was out of the country for about 11 days from August 31 and, after returning, underwent a medical procedure which made it impossible to file a timely joint case management statement. In addition, claimants have a new counsel, Gabriel Caswell, who will be appearing in lieu of prior counsel, Anna Liang. Additional time is necessary so that government counsel and Mr. Caswell can collaborate on a joint case management statement.

IT IS SO STIPULATED:

KEVIN V. RYAN
United States Attorney

Dated: September 19, 2006

PATRICIA J. KENNEY
Assistant United States Attorney
Attorneys for the United States of America

Dated: September 19, 2006

GABRIEL CASWELL
Attorney for Claimants Conrad Goehausen
and Victoria Bendix Goehausen

IT IS SO ORDERED ON THIS 19th DAY OF SEPTEMBER, 2006.

HONORABLE B.
United States Magistrate

*IT IS SO ORDERED — Judge Bernard Zimmerman — United States District Court Northern District of California*

Stipulation and Order changing CMC
No. C 05-4068 BZ
No. C 05-4359 BZ

2