```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    MARK KROTOSKI (CSBN 138549)
 3  Chief, Criminal Division

 4  PATRICIA J. KENNEY (CSBN 130238)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue
 6      San Francisco, CA 94102
        Telephone: 415.436.6857
 7      Facsimile:  415.436.6748
        Email: patricia.kenney@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>$79,000 IN UNITED STATES CURRENCY,<br><br>        Defendant.<br><br>CONRAD GOEHAUSEN,<br><br>        Claimant. | C 05-4068 BZ<br><br>STIPULATION AND ORDER RESCHEDULING THE CASE MANAGEMENT CONFERENCE TO NOVEMBER 27, 2006 AT 4:00 P.M. |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED AT 6 REDWOOD DRIVE, SAN RAFAEL, CALIFORNIA (APN 12-201-21); ET AL.,<br><br>        Defendant.<br><br>CONRAD GOEHAUSEN AND VICTORIA BENDIX GOEHAUSEN,<br><br>        Claimants. | C 05-4359 BZ<br><br>STIPULATION AND ORDER RESCHEDULING THE CASE MANAGEMENT CONFERENCE TO NOVEMBER 27, 2006 AT 4:00 P.M |

1   The parties agree, subject to the Court's approval, that the case management conference

2   ("CMC") currently scheduled for Monday, October 30, 2006, be rescheduled for Monday,

3   November 27, 2006, at 4:00 p.m. The Court previously granted two requests for rescheduling.

4   The reason for this requested rescheduling is that counsel have not had time to meet and

5   confer about this case or to discuss whether there might be a possible resolution short of

6   litigation. The undersigned government counsel has been out of the office for most of the month

7   of October because of surgery and, as of this week, has returned to the office part time.

8   Claimants' counsel, Gabriel Caswell, is handling two complicated cases, a murder case in Los

9   Angeles and a 109-count felony fraud case in San Francisco, both of which are trailing other

10  cases for trial. Thus, additional time is necessary so that government counsel and Mr. Caswell

11  can collaborate on a joint case management statement. Mr. Caswell has authorized the

12  undersigned government counsel to indicate that he is in agreement with this stipulation and

13  order by placing "/s/" on the signature line for his name.

15  IT IS SO STIPULATED:                           KEVIN V. RYAN
                                                  United States Attorney

17  Dated: October 25, 2006                             /s/
                                                  PATRICIA J. KENNEY
18                                                Assistant United States Attorney
                                                  Attorneys for the United States of America

20  Dated: October 25, 2006                             /s/
21                                                GABRIEL CASWELL
                                                  Attorney for Claimants Conrad Goehausen
22                                                and Victoria Bendix Goehausen

24  IT IS SO ORDERED ON THIS  26th  DAY OF OCTOBER, 2006.

27                                                _____
                                                  HONORABLE BERNARD ZIMMERMAN
                                                  United States Magistrate Judge



Stipulation and Order changing CMC
No. C 05-4068 BZ and No. C 05-4359 BZ        2