1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, CA 94102
       Telephone: 415.436.6857
7      Facsimile:   415.436.6748
       Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

| UNITED STATES OF AMERICA, | ) | C 05-4068 BZ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER RESCHEDULING THE CASE MANAGEMENT CONFERENCE TO DECEMBER 18, 2006 AT 4:00 P.M. |
| $79,000 IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |
| CONRAD GOEHAUSEN, | ) | |
| Claimant. | ) | |
| UNITED STATES OF AMERICA, | ) | C 05-4359 BZ |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER RESCHEDULING THE CASE MANAGEMENT CONFERENCE TO DECEMBER 18, 2006 AT 4:00 P.M |
| REAL PROPERTY LOCATED AT 6 REDWOOD DRIVE, SAN RAFAEL, CALIFORNIA (APN 12-201-21); ET AL., | ) | |
| Defendant. | ) | |
| CONRAD GOEHAUSEN AND VICTORIA BENDIX GOEHAUSEN, | ) | |
| Claimants. | ) | |

1    The parties agree, subject to the Court's approval, that the case management conference
2  ("CMC") currently scheduled for Monday, November 27, 2006, be rescheduled for Monday,
3  December 18, 2006, at 4:00 p.m.  The Court previously granted three requests for rescheduling.
4    The reason for this requested rescheduling is that counsel for claimants has began a trial
5  about two weeks ago which went trial through November 17, and the undersigned government
6  counsel was also out of the office the week of November 13.  In addition, counsel are discussing
7  whether the parties can resolve these related cases without further litigation and are hopeful that
8  they will be able to do so within the next two weeks.
9    As a result, the parties request that the Court grant one last extension of the CMC and
10 reschedule it for December 18, 2006 at 4:00 p.m.  Mr. Caswell has authorized the undersigned
11 government counsel to indicate that he is in agreement with this stipulation and order by placing
12 "/s/" on the signature line for his name.

14 IT IS SO STIPULATED:                             KEVIN V. RYAN
                                                   United States Attorney

16 Dated: November 20, 2006                              /s/
                                                   PATRICIA J. KENNEY
17                                                 Assistant United States Attorney
                                                   Attorneys for the United States of America

19
20 Dated: November 20, 2006                              /s/
                                                   GABRIEL CASWELL
                                                   Attorney for Claimants Conrad Goehausen
21                                                 and Victoria Bendix Goehausen

23 IT IS SO ORDERED ON THIS  21st  DAY OF NOVEMBER, 2006.

26                                                 HONORABLE BERNARD ZIMMERMAN
                                                   United States Magistrate Judge



Stipulation and Order changing CMC
No. C 05-4068 BZ and No. C 05-4359 BZ        2