| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | PATRICIA J. KENNEY (CSBN 130238)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Telephone: 415.436.6857 |
| 7 | Facsimile: 415.436.6748<br>Email: patricia.kenney@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | C 05-4068 BZ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF SETTLEMENT |
| $79,320 IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |
| CONRAD GOEHAUSEN, | ) | |
| Claimant. | ) | |

| UNITED STATES OF AMERICA, | ) | C 05-4359 BZ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF SETTLEMENT |
| REAL PROPERTY LOCATED AT 6 REDWOOD DRIVE, SAN RAFAEL, CALIFORNIA (APN 12-201-21); ET AL., | ) | |
| Defendant. | ) | |
| CONRAD GOEHAUSEN AND VICTORIA BENDIX GOEHAUSEN, | ) | |
| Claimants. | ) | |

1  The undersigned counsel for the government and counsel for claimants, Gabriel Caswell,
2  have entered into a signed settlement agreement to settle this case in which some of the assets are
3  forfeited and others returned to claimants.  Upon the signing of the settlement agreement by
4  claimants, counsel will ask the Court to enter the settlement agreement as an order and dismiss
5  the above-captioned actions while retaining jurisdiction to implement the settlement agreement.
6  Although counsel have signed, counsel for claimants is in the process of obtaining his clients'
7  signatures.  In the interim, counsel jointly request that the Court take the above captioned cases
8  off calendar for the case management conference parties currently set for December 18, 2006.

```
                                              KEVIN V. RYAN
                                              United States Attorney

Dated: December 11, 2006                      _____/s/_____
                                              PATRICIA J. KENNEY
                                              Assistant United States Attorney
                                              Attorneys for the United States of America
```

12/12/2006

The Case Management Conference on Dec. 18, 2006 is VACATED.



Notice of Settlement
Nos. C 05-4068 BZ and C 05-4359 BZ            2