```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    MARK KROTOSKI (CSBN 138549)
 3  Chief, Criminal Division

 4  PATRICIA J. KENNEY (CSBN 130238)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue
 6      San Francisco, CA 94102
        Telephone: 415.436.6857
 7      Facsimile:  415.436.6748
        Email: patricia.kenney@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | C 05-4068 BZ |
| Plaintiff, | ) | |
| v. | ) | SETTLEMENT AGREEMENT AND ORDER. |
| $79,320 IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |
| CONRAD GOEHAUSEN, | ) | |
| Claimant. | ) | |
| UNITED STATES OF AMERICA, | ) | C 05-4359 BZ |
| Plaintiff, | ) | |
| v. | ) | SETTLEMENT AGREEMENT AND ORDER |
| REAL PROPERTY LOCATED AT 6 REDWOOD DRIVE, SAN RAFAEL, CALIFORNIA (APN 12-201-21); ET AL., | ) | |
| Defendant. | ) | |
| CONRAD GOEHAUSEN AND VICTORIA BENDIX GOEHAUSEN, | ) | |
| Claimants. | ) | |

The parties stipulate and agree as follows:

1. Plaintiff is the United States of America ("United States") in both actions. There are four defendants: (1) $79,320 in United States Currency (No. C 05-4068 BZ); (2) real property located at 6 Redwood Drive, San Rafael, California (No. C 05-4359 BZ; (2) (Approximately) $26,637.93 seized from Wells Fargo Account Numbered 029-7492050 (No. C 05-4359 BZ); (3) and (Approximately) $20,708.18 seized from Bank of America Account No. 01829-14411 (No. C 05-4359 BZ). The only claimant in C 05-4359 is Conrad Goehausen. The two claimants in C 04-4359 is Conrad Goehausen and Victoria Bendix Goehausen. Plaintiff and claimants in both actions are hereafter referred to as the "parties" in this document which is hereinafter referred to as the "Settlement Agreement" or "Agreement."

2. After full and open discussion, the parties agree to resolve any and all claims against all four defendants identified in paragraph one above.

3. The parties agree that the resolution of the lawsuit is based solely on the terms stated in this Settlement Agreement. It is expressly understood that this Agreement has been freely and voluntarily entered into by the parties. The parties further agree that there are no express or implied terms or conditions of settlement, whether oral or written, other than those set forth in this Agreement. This Agreement shall not be modified or supplemented except in writing signed by the parties. The parties have entered into this Agreement in lieu of continued protracted litigation and District Court adjudication.

4. The parties agree that claimants Conrad Goehausen and Victoria Bendix Goehausen release and discharge the United States, as well as any past and present officials, employees, agents, attorneys, their successors and assigns, from any and all obligations, damages, liabilities and demands of any kind and nature whatsoever, whether suspected or unsuspected, at law or in equity, known or unknown, arising out of the allegations set forth in plaintiff's Complaint for Forfeiture, filed on October 7, 2005 in No. 05-4068 and Complaint for Forfeiture filed on October 25, 2005 in No. C 05-4359.

///

///

Nos. C 05-4068 BZ and C 05-4359 BZ                 2

| | | | |
|---|---|---|---|
| 1 | 5. | | In order to resolve this case without the expense of further litigation, the parties |
| 2 | agree that |

5. In order to resolve this case without the expense of further litigation, the parties agree that

   a. defendant $79,320, defendant $26,637.93 and $708.18 of defendant $20,708.18 shall be forfeited to the United States without further notice to claimants;

   b. $20,000 of defendant $20,708.18 shall be returned to claimants by a check made payable to claimants Conrad Goehausen and Victoria Bendix Goehausen and to their attorney, Gabriel Caswell, and delivered within 30 days of the date that this Settlement Agreement is entered as an order by the Court, to their attorney, Gabriel Caswell at 506 Broadway, San Francisco, California; and

   c. the United States shall file a release of the *lis pendens* against defendant 6 Redwood Drive, San Rafael, California, within 15 days of the date that this Settlement Agreement is entered by the Court as an order.

6. The payment to claimants and the lifting of the *lis pendens* described in paragraph 5 above shall be in full settlement and satisfaction of any and all claims by claimants Conrad Goehausen and Victoria Bendix Goehausen, their heirs, representatives and assignees to defendants.

7. Claimants Conrad Goehausen and Victoria Bendix Goehausen shall hold harmless the United States, including its agents, officers, representatives and employees, as well as any and all state and local law enforcement officials, for any and all acts directly or indirectly related to the seizure and forfeiture of defendants.

8. The United States and Claimant agree that each party shall pay its own attorneys fees and costs.

///
///
///
///
Settlement Agreement and Order
Nos. C 05-4068 BZ and C 05-4359 BZ            3

9. Based on the foregoing, the parties agree that the Court shall dismiss this action, but retain jurisdiction for implementation of this Settlement Agreement.

IT IS SO STIPULATED:

Dated: ~~December 11, 2006~~ January 31, 2007

KEVIN V. RYAN
United States Attorney

*/s/ Patricia J. Kenney*
PATRICIA J. KENNEY
Assistant United States Attorney
Attorneys for the United States of America

Dated: December 11, 2006

*/s/ Gabriel Caswell*
GABRIEL CASWELL
Attorney for Claimants Conrad Goehausen and Victoria Bendix Goehausen

Dated: December 11, 2006

*/s/ Conrad Goehausen*
CONRAD GOEHAUSEN
Claimant

Dated: December 11, 2006

*/s/ Victoria Bendix Goehausen*
VICTORIA BENDIX GOEHAUSEN
Claimant

PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS SO ORDERED ON THIS 1 DAY OF ~~DECEMBER~~ Feb, 200~~6~~7, AND IT IS FURTHER ORDERED THAT THIS CASE BE, AND HEREBY IS, DISMISSED. THE COURT SHALL RETAIN JURISDICTION FOR THE IMPLEMENTATION OF THIS SETTLEMENT AGREEMENT.

*/s/ Bernard Zimmerman*
HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge

Settlement Agreement and Order
Nos. C 05-4068 BZ and C 05-4359 BZ        4